**No. 60142.**—Samuel Shapiro & Co., Inc., a/c Doherty Co., Inc. v. United States, protest 183410–K (Baltimore).

Opinion by Lawrence, J.   In accordance with stipulation of counsel that the merchandise consists of steel in coils the same in all material respects as that involved in Abstract 58580, the claim of the plaintiff was sustained.

**No. 60143.**—James Loudon & Co. for Sanitary Rag Co. v. United States, protest 482090–G (Los Angeles).

Opinion by Rao, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.